in the workplace against a fellow employee. To the contrary, Emigh's conduct toward the Commonwealth employee was outside the employer/employee relationship and Fulmer's opposition was not grounded in any action by PSP toward its employees that reasonably could be perceived as being in violation of Title VII. Consequently, Title VII's anti-retaliation provision is not implicated by the allegations of the complaint and defendants' motion must be granted on this claim.

      For the reasons set forth above, defendant's motion will be granted as to plaintiff's § 1983 claim against defendants SPS and Miller and all defendants in their official capacity and plaintiff's Title VII claim. The motion will be denied in all other aspects.

Date: August 27, 2009

                                        s/ David Stewart Cercone
                                        David Stewart Cercone
                                        United States District Judge

cc:    Samuel J. Pasquarelli, Esquire
        Sherrard, German and Kelly
        Two PNC Plaza, 28th Floor
        620 Liberty Avenue
        Pittsburgh, PA 15222

        Mary Lynch Friedline, Esquire
        Office of Attorney General
        Fifth Floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh , PA 15219